**AFFIDAVIT**

I, Robert J. Charette, being duly deposed, sworn and say:

1. I am a Deputy Marshal with the United States Marshals Service and have been for over 9 years.

2. The Rhode Island State Police and the Attorney General's Office for the State of Rhode Island have requested the assistance of the U.S. Marshals in locating and apprehending RONALD L. FISCHER. Based upon the information set forth below, I believe that there is probable cause to believe that RONALD L. FISCHER has violated 18 U.S.C. § 1073 and hereby request a warrant for his arrest.

3. I have been informed by Detective Timothy Sanzi, Rhode Island State Police, of the following:

(A) On April 25, 2005, RONALD L. FISCHER failed to appear in Rhode Island Superior Court where he was being tried for first degree sexual assault. The trial proceeded in his absence and he was convicted on April 28, 2005.

(B) On April 23, 2005, RONALD L. FISCHER sent an email to his attorney, Robert Mann, in which he stated that he was fleeing the country. The same day at approximately 7:00 p.m., he called each of his daughters, Sarah and Kathryn, and told each that he was leaving the country.

(C) That same day, RONALD L. FISCHER called a travel agency in New York and then called American Airlines and purchased a ticket to London, England on a flight which departed Logan International Airport that same night.

(D) RONALD L. FISCHER voided the ticket he'd purchased from American Airlines.

(E) On April 24, 2005 at approximately 12:16 a.m., RONALD L. FISCHER was observed dropping off a rental car at the Enterprise Rental Car office in Boston. This was recorded on video tape. The tape showed him walking away from that office with 2 travel bags over his shoulder.

(F) Interviews with RONALD L. FISCHER's daughters revealed that he had transferred a vehicle to each of them the week prior to his disappearance. He also instructed them to get their things out of his house. He also disposed of a Jaguar to an unknown man the week prior to his disappearance.

(G) A review of the email sent to Robert Mann shows that RONALD L. FISCHER stated he had decided not to take the risk he would be convicted of the charge in State court. He had decided to leave the U.S. and enjoy life in another country where he had long been carefully planning a good, safe,

(H) secure and comfortable life.

(I) An interview with RONALD L. FISCHER's ex-wife, Dr. Nancy Stein, indicated that he was well traveled and had friends in other parts of the world, including Brazil. She believed he might be chartering a boat somewhere.

(J) A search of RONALD L. FISCHER's home pursuant to a search warrant resulted in the discovery and seizure of literature on how individuals could change identities and how one could disappear.

(K) RONALD L. FISCHER violated the terms of his bail by failing to appear before the court on April 25, 2005, in violation of the General Laws of the States of Rhode Island. The court issued a warrant for his arrest on April 25, 2005.

(L) Law enforcement efforts to locate RONALD L. FISCHER within the State of Rhode Island have been unsuccessful.

4. WHEREFORE, I respectfully submit that there is probable cause to believe that RONALD L. FISCHER has moved or travelled in interstate or foreign commerce with intent to avoid prosecution, or custody or confinement after conviction, under the Laws of the State of Rhode Island, the place from which he fled, for a crime

that is a felony under the laws of said State, in violation of 18 U.S.C. § 1073.

Robert J. Charette
Deputy Marshal
United States Marshals Service

Subscribed to and sworn
before me this 5th day of
May, 2005 at Providence, RI

LINCOLN D. ALMOND
U.S. MAGISTRATE JUDGE